UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| SUSANO ORTIZ-BARBOSA,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>    Defendant. | Civil No. 06-1067 (JAF) |

## **J U D G M E N T**

On the basis of the terms and conditions of an Order subscribed by the court today, judgment is entered dismissing the present Social Security appeal for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 28th day of September, 2006.

                                        S/José Antonio Fusté
                                        JOSE ANTONIO FUSTE
                                    Chief U. S. District Judge